No. 351. INTERNATIONAL BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William J. Dempsey* and *William C. Koplovitz* for petitioner. *Solicitor General Rankin* for the Federal Communications Commission, respondent.

No. 353. SMITH-JOHNSON STEAMSHIP CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Arthur M. Becker* and *Melvin Spaeth* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Leavenworth Colby* and *Herman Marcuse* for the United States.

No. 356. BAY STATE CAFE, INC., ET AL. *v.* COHEN. Supreme Judicial Court, and Superior Court, of Massachusetts. Certiorari denied. *Angus M. MacNeil* for petitioners. Respondent *pro se.*

No. 377. ROBESON *v.* DULLES, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *B. Jenkins Middleton* for respondent.

No. 382. CAHILL *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Clifford D. O'Brien* for petitioner. *Lester W. Humphreys* for respondent.